## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ABU GHANEM** | PLAINTIFF / Petitioner | **DOCKET NO:** 05-1638 |
| *vs* | | |
| **GEORGE BUSH** | DEFENDANT / Respondent | **AFFIDAVIT OF SERVICE** |

**DISTRICT OF COLUMBIA**, ss

Now comes, Scot Singleton, the undersigned and does hereby swear and affirm, affiant is a Private Process Server and Disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Silver Spring, Maryland.

I, Scot Singleton certify that on, **Tuesday, September 6, 2005**, at **1:20 PM**, I served a copy of the within *Petition* upon the within named **US Attorney General**, in the following manner,

**(xx)** **Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **David Burroughs**, whom based on information and belief affiant knew said individual to be Authorized Agent, a person authorized to accept service on behalf of **US Attorney General**.

Said service was effected at the following location: , **950 Pennsylvania Ave., NW, Washington, DC 20530.**

I, Scot Singleton describe the individual accepting service **David Burroughs** as follows: **David Burroughs** is a Black Male, approximately 40 years of age, with Black hair, approximately 5' 8" and weighing 180-190 lbs pounds.

I, Scot Singleton certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on Tuesday, September 6, 2005.

_____
*Notary Public*
Alicia Bugauisan
Comm Exp 01/19/2009

_____
SCOT SINGLETON,
2120 L Street NW
Washington, DC 20037
(202) 296-0222