IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED RAJEB ABU GHANEM, *et al.*, )<br>)<br>*Petitioners/Plaintiffs*, )<br>)<br>)<br>v.   )<br>)<br>)<br>)<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents/Defendants*. ) | **NOTICE OF CHANGE OF ADDRESS**<br><br>Index No. 05-1638 (CKK) |

**PLEASE TAKE NOTICE** that the address of Ian Wallach, counsel to petitioners, has changed. The new address and contact information is as follows:

Ian Wallach
21 Quarterdeck Street, Unit A
Marina Del Rey, CA  90292
Tel: (310) 822-1587
Fax: (310) 823-3458
E-mail: iwallach@nyc.rr.com

Please direct all correspondence in this matter to this address from this point forward.

Dated:  October 18, 2005

*Of Counsel*:

Barbara Olshansky (NY #0057)
Admitted *pro hac vice*
CENTER FOR CONSTITUTIONAL
   RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Respectfully submitted,

*[signature]*

Ian Wallach (IW8631)
  Admitted *pro hac vice*
21 Quarterdeck Street, Unit A
Marina Del Rey, CA  90292
Tel: (310) 822-1587
Fax.: (310) 823-3458

*Counsel for Petitioners*