# EXHIBIT A

Date: June 20, 2004

## Authorization for Representation

I am acting as next friend for my brother, MOHAMMED RAJEB ABU GHANEM, who is being held at Guantanamo Bay, Cuba by the United States government. I hereby authorize Michael Ratner and the Center for Constitutional Rights, as well as Clive Stafford Smith, and any person assigned by these lawyers, to act on my behalf and on my brother's behalf, to secure any documents and information concerning my brother that are necessary for his defense, and to seek whatever redress they believe to be in his best interests, in the courts of the United States, and in any other legal forum available.

Signed: *[signature]*

Himiyor Jadek Abu Ghanem

Witnessed:

*[signature]*

Douglas C. Cox

Next Friend Statement

**Muhammad Rajab Abu Ghanem**

I am Himiger Sader Abu Ghanim, the brother of Muhammad Rajab Abu Ghanem. I found out that he was a detainee in Guantanamo after hearing his name on the television. My brother Muhammad is now about 27 years old, he is the oldest one in the family. Muhammad graduated from university and has also performed his military service here in Yemen. Before he was detained, he was engaged. Even though his fiancee's family broke off the engagement while he was in prison, I know she is still waiting for him to be released. Likewise, our uncle is also waiting for him to be released so that he can join our uncle in his business as a security guard.

I am Muhammad's little brother, and I love him. Muhammad has always been easygoing and had many friends. He also had a large appetite and we all worry that he is not getting enough to eat in prison. He used to eat dinner three times each night, and was very fat.

Our family is counting on Muhammad to return and help the family. Our father is old and sick, and with the exception of Muhammad, all the brothers are too young to help provide for the family.

بسم الله الرحمن الرحيم

اخي العزيز سمير انا سمير البونا من اكتب هذه الرسالة جبط يدي
كيف حالك هل انت من احسن حال الكل يسلم عليك ويبي يدعولك بلا خروج
يكتب المحبين وقسما بيتوكلين احد هم لكن لا يدعو عنك و حنت ندعو
وللت
لد بل خروج
احوك العزيز سمير رجب صادق البونائم

صبحي