## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** *et al.,* | ) | |
| | ) | |
| *Petitioners/Plaintiffs,* | ) | **[PROPOSED]** |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | **Index No.  05-1638  (CKK)** |
| **GEORGE W. BUSH,** *et al.,* | ) | |
| | ) | |
| *Respondents/Defendants.* | ) | |

       **AND NOW,** this ____ day of _____, 2005, upon consideration of Petitioners'

motion to appoint Ian Wallach as counsel to Petitioners under 18 U.S.C. §3006A(a)(2)(B) and an

award of costs (only, as legal fees and other expenses are being donated on a *pro bono* basis), it

is hereby

       **ORDERED** that Petitioner's Motion is **GRANTED**.  It is further

       **ORDERED** that the Court, at its convenience but no less than ____ times per year, and at

the end of this action, shall evaluate Mr. Wallach's submissions for reimbursement and, upon the

Court's approval, submit such invoices for reimbursement.


                               BY THE COURT:


                               _____

                               U.S.D.J.