# EXHIBIT C

Case 1:05-cv-01638-UNA    Document 5-4    Filed 10/19/2005    Page 2 of 4



# DOCUMENTS PETITIONERS BELIEVE EXIST OR EXISTED

The following list describes documents that Petitioners have been told exist. To the extent any of the documents listed below may be called or referred to by another name or names, Petitioners respectfully request that any Order entered by this Court be sufficiently broad to encompass the same.

- **Knowledgeability Briefs**

  A document, sometimes referred to as a knowledgeability brief, is prepared by an interrogation team before a prisoner or detainee arrives at Guantanamo. It contains the prisoner's name, family background, date of birth, a summary of the reasons for detention, and may include an inventory of the personalty the prisoner had at the time of capture. Copies of these documents are transferred back to Washington.

- **Detainee Dossiers**

  Detainee dossiers are created and maintained. They contain all the information provided by the prisoner to his interrogators and all interrogation results, even if a prisoner refused to talk. Dossiers include original notes from interrogations that took place at locations where prisoners were incarcerated prior to Guantanamo as well as interrogations that took place at Guantanamo. It also contains "interrogation plans" (*see* below) that are prepared by the interrogation team and reviewed and approved by various authorities at Guantanamo. Dossiers also include instructions that the interrogator gave regarding the prisoner's treatment, as well as all cell transfers, incentive action justifications, and punishments.

- **Interrogation Team Records**

  Each detainee is assigned to an interrogation team that consists of an interrogator, analyst, translator, law enforcement, and a Behavioral Science Consulting Team ("BSCT") member. Each of these team members is likely to maintain his or her own records regarding the detainee.

- **BSCT Records**

  BSCT maintains records that are separate from those shared with the interrogation team.

- **Interrogation Plans**

  Interrogation teams prepared and submitted a detailed interrogation plans for every interrogation for each detainee. These plans were approved by the Team Chief, the Executive Officer, and the Commander of the Interrogation Section.

- **Medical Records**

  All prisoners received a physical immediately upon arrival. In addition, additional medical examinations of prisoners have taken place over the past several years, resulting in the creation of additional medical records. Detainee medical records were available to interrogators. Included in medical records would be psychological records.

- **Intelligence Reports**

  Various government agencies (including, but not limited to, the FBI, CIA, NSA, OGA) maintained their own files both at Guantanamo and in other offices.

- **Videos**

  Guantanamo maintains videos of all visits by foreign officials (including, but not limited to, military intelligence, MI5, etc.). Some or all of these videos may be maintained on the computer system. An index exists that identifies these videos by country of visitor.

- **Emergency Reaction Force**

  The emergency reaction force was frequently videotaped.

- **Photographs**

  Photographs exist of all prisoners. Some of these photographs show prisoners who were badly beaten. At least some of the photographs showing these injuries were later replaced with new photographs that do not depict injured prisoners.

- **Polygraphs**

  Most prisoners have been subjected to one or more polygraph tests. On information and belief, all prisoners incarcerated at Camp IV have received polygraph tests.

- **Voice Prints and Voice Stress Tests**

  Voice prints were taken of the prisoners and at least some prisoners had voice stress tests conducted on them.

- **Computer Records**

  Respondents have a variety of computer records that relate to the prisoners. These include, but are not limited to, the Joint Detention Operation Group Records ("JDOG"), which contains a record of every incident, every prisoner request (for

example medial or dental requests), and every prisoner infraction. The Interrogation Control Element ("ICE") is another important set of prisoner-related records.

- **Prisoner Numbers**

    Each prisoner was issued four different identification numbers, including, but not limited to, INS Numbers and numbers assigned by MPs.

- **System of Rewards**

    These documents describe four levels of rewards and a series of privileges that interrogators can bestow upon the detainees.

- **Audio Tapes**

    Recordings of some interrogations were made.

- **Mail**

    Copies of all redacted and unredacted letters to and from the detainees

- **Other Reports or Other Documents**

    Any and all other reports or documents related to petitioners.