# EXHIBIT D

```
- Iraqi detainee abus-                                          Page 1
```

b6 -1
b7C -1

# URGENT REPORT

DATE:       JUNE 25, 2004

TO:         THE DIRECTOR

CC:         Deputy Director Bruce J. Gebhardt
            EAD Cassandra Chandler
            EAD John Pistole
            AD Grant Ashley
            AD Gary Bald
            SC Arthur Cummings

b6 -1       UC [redacted]
b7C -1      SSA [redacted]
            CT Watch
            SIOC

FROM:       SACRAMENTO DIVISION

FOR FURTHER INFORMATION CONTACT:  ASAC David A. Picard    b2 -1
                                  [redacted] (Main Office)
                                                          b2 -1
PREPARER OF URGENT REPORT:        SSA [redacted]          b6 -1
                                  [redacted]              b7C -1

b7A -1   PURPOSE: THE FOLLOWING INFORMATION PROVIDES INITIAL DETAILS FROM
b6 -3    AN INDIVIDUAL [redacted]
b7C -3   [redacted] WHO OBSERVED SERIOUS PHYSICAL ABUSES OF CIVILIAN DETAINEES
b7D -1   IN [redacted] IRAQ DURING THE PERIOD OF [redacted]   IT IS BEING
         FURNISHED TO THE DIRECTOR BASED UPON POTENTIAL SIGNIFICANT
         PUBLIC, MEDIA AND CONGRESSIONAL INTEREST WHICH MAY GENERATE CALLS
         TO THE DIRECTOR.

b7A -1   SUBJECT: PRELIMINARY STATEMENTS MADE BY [redacted]
b6 -1,3           [redacted] TO SACRAMENTO SPECIAL AGENTS [redacted]
b7C -1,3 AND [redacted]
b7D -1

DESCRIPTION OF MATTER:

b7A -1
b6 -5
b7C -5

[redacted] was advised that the Sacramento Field Office
was not aware of any such report.

DETAINEES-1609

1609
4910

Iraqi detainee abuses

b6 -1
b7C -1

[Page 2]

# URGENT REPORT

b7A -1
b6 -3
b7C -3
b7D -1

[REDACTED] came into the Sacramento Field Office and provided the following:

[REDACTED] observed numerous physical abuse incidents of Iraqi civilian detainees conducted in [REDACTED] Iraq. He described that such abuses included strangulation, beatings, placement of lit cigarettes into the detainees ear openings, and unauthorized interrogations.

b7A -1
b6 -3,4
b7C -3,4
b7D -1

[REDACTED] was providing this information to the FBI based on his knowledge that [REDACTED] were engaged in a cover-up of these abuses. He stated these cover-up efforts included [REDACTED]

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4
b7C -3,4
b7D -1

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

[REDACTED] advised that an individual did, in fact, make a complaint with Sacramento FBI Office concerning Iraqi prisoner abuse.

b7A -1
b6 -3,4,5
b7C -3,4,5
b7D -1

b7A -1
b6 -3
b7C -3
b7D -1

DETAINEES-1610

1610

4911

- Iraqi detainee abuses

Page 3

b6 -1
b7C -1

b7A -1
b6 -3
b7C -3
b7D -1

**URGENT REPORT**

b7A -1
b6 -3
b7C -3
b7D -1

The Sacramento Division is continuing to interview and will forward FBIHQ all details of his interview in future communications. Investigation in Sacramento is continuing.

DETAINEES-1611

1611

4912