# EXHIBIT G

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADBUL-SALAM GAITHAN )
  MUREEF AL-SHIRY, et al., )
)
      Petitioners, )
)
v. ) Civil Action No. 05-0490 (PLF)
)
GEORGE W. BUSH, et al., )
)
      Respondents. )

ORDER

This matter is before the Court on petitioner's motion for entry of a preservation order and respondents' motion to stay this case pending resolution of all appeals in cases filed by other detainees at the United States Naval Base in Guantanamo Bay, Cuba. Upon consideration of the arguments of the parties and the full record in this case, it is hereby

ORDERED that [6] petitioner's Motion for Preservation Order is GRANTED. Respondents shall preserve and maintain all evidence and information regarding the torture, mistreatment, and abuse of detainees now at the Guantanamo Bay detention facility, or otherwise within Respondents' possession, custody or control; it is

FURTHER ORDERED that The Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004; the Order Addressing Designation Procedures for "Protected Information" entered on November 10, 2004; and the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, issued on December 13,

2004, in the In re Guantanamo Bay Detainee Cases, Civil No. 02-0299, et al., by Judge Joyce Hens Green shall apply in this case; and it is

FURTHER ORDERED that [4] respondents' Motion to Stay Proceedings Pending Related Appeals and for Continued Coordination is GRANTED. This case is STAYED pending resolution of all appeals in In re Guantanamo Detainee Cases, Civil No. 02-0299, et al., 2005 WL 195356 (D.D.C. Jan. 31, 2005), and Khalid et al. v. Bush, Civil No. 04-1142, 2005 WL 100924 (D.D.C. Jan. 19, 2005). This stay shall not, however, prevent the parties from continuing to avail themselves of the procedures set forth in the Protective Order, nor shall it bar the filing or disposition of any motion for emergency relief, including petitioner's pending motion for preliminary injunction.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 23, 2005

2