IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED RAJEB ABU GHANEM, *et al.*, )
)
    *Petitioners/Plaintiffs*, )    [PROPOSED]
)
v. )    <u>ORDER</u>
)
)    Index No. 05-1638 (CKK)
GEORGE W. BUSH, *et al.*, )
)
    *Respondents/Defendants.* )

    **AND NOW**, this ____ day of ____, 2005, upon consideration of Petitioners' Motion for Preservation Order and any opposition and replies thereto and any arguments made at any hearings in this matter, it is hereby:

    **ORDERED** that Petitioner's Motion is **GRANTED**. It is further

    **ORDERED** that Respondents shall **Preserve** and **Maintain** all evidence, documents, and information, without limitation, regarding the treatment, detention, and grounds for detention, (including, but not limited to, evidence, documents, and information, without limitation, regarding the potential or actual abuse, torture, and mistreatment) of Petitioner Mohammed Rajeb Abu Ghanem at the Guantanamo Bay detention facility, currently maintained by any governmental office or agency, or otherwise within respondents' possession, custody, or control.[1] It is further

    **ORDERED** that Respondents shall **Preserve** and **Maintain** all evidence, documents, and information, without limitation, referring to petitioners currently maintained by any governmental office or agency, or otherwise within respondents' possession, custody, or control. It is further

---

[1] The term "Documents" is defined in accordance with Fed. R. Civ. Pro. 33 and includes all information maintained in electronic format.

**ORDERED** that Respondents shall **Preserve** and **Maintain** all evidence, documents, and information, without limitation, identified in Petitioners' motion currently maintained by any governmental office or agency, or otherwise within Respondents' possession, custody, or control.

BY THE COURT:

_____

U.S.D.J.