# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MOHAMMED RAJEB ABU GHANEM, *et al.,* | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-1638 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) | |
| Respondents. | ) | |
| AMEEN MOHAMMAD ALBKRI, *et al.,* | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-1639 (RBW) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) | |
| Respondents. | ) | |
| ALLA ALI BIN ALI AHMED, *et al.,* | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-1678 (GK) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) | |
| Respondents. | ) | |

**<u>RESPONDENTS' RESPONSE TO MOTION FOR APPOINTMENT OF COUNSEL</u>**

Respondents take no position on petitioners' motion in the above-captioned cases to appoint Ian Michael Wallach as their counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.

Dated: November 2, 2005     Respectfully submitted,

                 PETER D. KEISLER
                 Assistant Attorney General

                 KENNETH L. WAINSTEIN
                 United States Attorney

                 DOUGLAS N. LETTER
                 Terrorism Litigation Counsel

              _/s/ Andrew I. Warden_____
                 JOSEPH H. HUNT (D.C. Bar No. 431134)
                 VINCENT M. GARVEY (D.C. Bar No. 127191)
                 TERRY M. HENRY
                 JAMES J. SCHWARTZ
                 PREEYA M. NORONHA
                 ROBERT J. KATERBERG
                 NICHOLAS J. PATTERSON
                 ANDREW I. WARDEN (IN Bar No. 23840-49)
                 EDWARD H. WHITE
                 Attorneys
                 United States Department of Justice
                 Civil Division, Federal Programs Branch
                 P.O. Box 883
                 Washington, D.C. 20044
                 Tel:  (202) 514-2000

                 Attorneys for Respondents