IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED RAJEB ABU GHANEM, *et al.*, )<br>)<br>*Petitioners/Plaintiffs*, )<br>)<br>v. )<br>)<br>)<br>)<br>GEORGE W. BUSH, *et al.*, )<br>)<br>*Respondents/Defendants*. ) | **NOTICE OF WITHDRAWAL<br>OF COUNSEL**<br><br>Index No.  05-1638 (CKK) |

**PLEASE TAKE NOTICE** that the undersigned counsel, Ian Wallach, hereby withdraws as counsel for Petitioners in this matter.  Petitioners will continue to be represented by co-counsels Gitanjali S. Gutierrez, Esq. and Barbara Olshansky, Esq. of the Center for Constitutional Rights.

Dated: April 26, 2006          By:          /s/
                                                    Ian Wallach
                                                    21 Quarterdeck Street, Suite A
                                                    Marina del Rey, CA  90292
                                                    Tel:  310.822.1587
                                                    Fax: 310.823.3458
                                                    e-mail: iwallach@nyc.rr.com