IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED RAJEB ABU GHANEM,<br>    *Petitioner*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents*. | APPEARANCE<br><br>Civil Action No. 05-cv-01638 (CKK) |

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner Mohammed Rajeb Abu Ghanem, and Hiniger Sadek Aba Ghanem, as Next Friend of Mohammed Rajeb Abu Ghanem in this matter. Service upon counsel may be made to:

> Brent N. Rushforth, DC Bar No. 398123
> Kit A. Pierson, DC Bar No. 331074
> Stuart M. Rennert
> Sarah B. Pojanowski
> Jenny L. Workman
> **HELLER EHRMAN LLP**
> 1717 Rhode Island Avenue, NW
> Washington, DC 20036
> Tel: (202) 912-2000
> Fax: (202) 912-2020

Counsel for Petitioner certifies, pursuant to Loc. Civ. R. 83.2(g), that he is representing Petitioner without compensation.

Dated: June 14, 2006

Respectfully submitted,

Counsel for Petitioner:

  /s/ Kit A. Pierson
Brent N. Rushforth
Kit A. Pierson
Stuart M. Rennert
Sarah B. Pojanowski
Jenny L. Workman
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020