*Approved for Public Filing by CSO*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM; and **Himiger Sader Abu Ghanem**, as Next Friend of Mohammed Rajeb Abu Ghanem; *Petitioners*, v. **GEORGE W. BUSH**, *et al.*, *Respondents*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-CV-01638 (CKK) |

**MOTION FOR ENLARGEMENT OF TIME FOR PETITIONERS' RESPONSE TO RESPONDENT'S MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS**

Petitioners respectfully request an enlargement of time under Federal Rule of Civil Procedure 6(b)(1) to August 18, 2006, to respond to Respondents' Motion. *See* Fed. R. Civ. Proc. 6(b)(1) (discussing the court's broad power to grant enlargements of time in cases where documents can or must be filed within a certain date if the request is made before the expiration of the period originally prescribed).

Respondents filed a motion on July 7, 2006, seeking special procedures with respect to detainee materials and expedited briefing on this subject. This motion raises important concerns regarding the attorney-client privilege and detainees' access to counsel. Mr. Ghanem met with co-counsel, Gitanjali Gutierrez, during her recent visit to Guantanamo in mid-July. Ms. Gutierrez

1

has submitted her notes from that visit to the Privilege Review Team, but her notes from that meeting have not yet been declassified. Her notes may contain unclassified information that would allow Mr. Ghanem to present the court with a more complete picture of his position on these important issues. Thus, it is important for counsel to obtain Ms. Gutierrez' notes from the Privilege Review Team prior to filing an opposition to the government's motion. Petitioners therefore request an enlargement of time until August 18, 2006, to respond to Respondents' motion. *See* Proposed Order, attached herein.

Dated: July 21, 2006

Respectfully submitted,

Counsel for Petitioner:

/s/ Kit A. Pierson
Brent N. Rushforth
Kit A. Pierson
Stuart M. Rennert
Sarah B. Pojanowski
Jenny L. Workman
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020