IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM; <br><br>and<br><br>**Himiger Sader Abu Ghanem**, as Next Friend of Mohammed Rajeb Abu Ghanem;<br><br>*Petitioners*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO. 05-CV-01638 (CKK)** |

**ORDER**

**AND NOW**, this _____ day of _____, 2006, upon consideration of Petitioners' Motion For Enlargement of Time For Petitioners' Response to Respondents' Motion For Procedures Related To Review Of Certain Detainee Materials and Request for Expedited Briefing, it is hereby

**ORDERED** that the Motion is granted and Petitioners have until August 18, 2006 to file their response.

BY THE COURT:

_____
Colleen Kollar-Kotelly
United States District Judge