IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM; <br><br> *Petitioner*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents.* | CIV. ACT. NO. 05-CV-01638 (CKK) (JR) |

### NOTICE OF PETITIONER GHANEM'S OPPOSITION TO RESPONDENT'S MOTION FOR PROCEDURES RELATED TO REVIEW OF CERTAIN DETAINEE MATERIALS

Petitioner hereby gives notice to all parties of the filing of Petitioner's Response to Respondents' Motion for Procedures Related to Review of Detainee Materials. Petitioner's Response opposes the government's motion concerning the review of detainee materials because there is no individualized basis for reviewing Mr. Abu Ghanem's materials and because impoundment and review of Mr. Abu Ghanem's materials is unjustified and violates Mr. Ghanem's attorney-client privilege.

Respectfully submitted, this 18th day of August, 2006.

Counsel for Petitioners:

         */s/ Kit A. Pierson*
Kit A. Pierson
Brent N. Rushforth
Sarah B. Pojanowski
Jenny L. Workman
HELLER EHRMAN LLP

1717 Rhode Island Avenue, NW
Washington, DC 20036
Telephone: (202) 912-2100
Facsimile: (202) 912-2020

Barbara Olshansky (NY-0057)
Gitanjali S. Gutierrez (pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
66 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499