**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** | **)** |
| also listed as, MOHAMMED RAJEB | ) |
| SADIQ ABU GHANIM | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| **v.** | ) |
| | ) **CIVIL ACTION NO. 05-CV-01638 (CKK) (JR)** |
| | ) |
| **GEORGE W. BUSH,** *et al.,* | ) |
| | ) |
| *Respondents.* | ) |
| | ) |

**[PROPOSED] ORDER**

Having considered the New York City Bar Association's motion to be granted leave to appear as Amicus Curiae, and to file a brief, it is hereby:

ORDERED that the New York City Bar Association is GRANTED permission to file its brief.


Dated this ___ day of ___, 2006

_____
Colleen Kollar-Kotelly
United States District Judge