## AFFIDAVIT

STATE OF NEW YORK      )
                       )
COUNTY OF NEW YORK     )

NATALIE KABASAKALIAN, being duly sworn upon her oath, states that she is the above-named visiting attorney; that her address and telephone numbers are: Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, New York 10017, (212) 907-0849; that she is an associate of said law firm; that she is a member in good standing of the following state and federal bars:

1. State of New York (admitted 7/19/1996)
2. Southern District of New York (admitted 12/5/2003)
3. Eastern District of New York (admitted 12/5/2003);

that no disciplinary or grievance procedures have been filed or are pending against her in any jurisdiction; that she has not been admitted pro hac vice previously in this Court; and that she has read the rules of this Court concerning admission pro hac vice and will abide by the same.

_____
Natalie Kabasakalian

Subscribed to before me on
this 23 day of August, 2006

_____
Notary Public