IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED RAJEB ABU GHANEM, <br> also listed as MOHAMMED REJEB SADIQ ABU GHANIM, <br><br> *Petitioner,* <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> *Respondents.* | CIV. ACT. NO. 05-CV-01638 (CKK) (JR) <br><br> **MOTION FOR ADMISSION <br> PRO HAC VICE** |

COMES NOW Eric M. Freedman, Esq., a member in good standing of the bar of this Court, and hereby moves for the admission pro hac vice of Edward Labaton, Esq., a member of the bar of the State of New York, for the purpose of this case only.

The movant states that he as well as the visiting attorney have read the rules of this Court concerning admissions pro hac vice and will abide by them.

Eric M. Freedman, Esq.
D.C. Bar No. 387064

Dated: August 23, 2006