# AFFIDAVIT

STATE OF NEW YORK      )
                       )
COUNTY OF MANHATTAN    )

EDWARD LABATON, being duly sworn upon his oath, states that he is the above-named visiting attorney; that his address and telephone numbers are: Labaton Sucharow & Rudoff LLP, 100 Park Avenue, New York, New York 10017, (212) 907-0849; that he is a partner of said law firm; that he is a member in good standing of the following state and federal bars:

1. State of New York (admitted 1957)
2. Southern District of New York (admitted 1959)
3. Eastern District of New York (admitted 1959)
4. Central District of Illinois (admitted 1993)
5. United States Court of Appeals for the Second Circuit (admitted 1962)
6. United States Court of Appeals for the Fifth Circuit (admitted 1976)
7. United States Court of Appeals for the Tenth Circuit (admitted 1978)
8. United States Court of Appeals for the Sixth Circuit (admitted 1980)
9. United States Court of Appeals for the Seventh Circuit (admitted 1982)
10. United States Court of Appeals for the Ninth Circuit (admitted 1986)
11. United States Supreme Court (admitted 1975);

that no disciplinary or grievance procedures have been filed or are pending against him in any jurisdiction; that he has not been admitted pro hac vice previously in this Court; and that he has read the rules of this Court concerning admission pro hac vice and will abide by the same.

_____
Edward Labaton

Subscribed to before me on
this 23 day of August, 2006

_____
Notary Public