IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,**<br>also listed as MOHAMMED REJEB SADIQ ABU GHANIM,<br><br>    *Petitioner,*<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.,*<br><br>    *Respondents.* | CIV. ACT. NO. 05-CV-01638 (CKK) (JR)<br><br>**ORDER** |

THIS MATTER having come before the Court on a motion for admission pro hac vice of visiting attorney Edward Labaton, Esq., for the purpose of this case only, and the Court having reviewed the motion and papers submitted therewith, the Court finds that the requirements for admission set forth in Local Rule 83.2(d) have been met and the motion is hereby GRANTED.

IT IS SO ORDERED.

Dated this ___ day of August, 2006.

 

_____
Colleen Kollar-Kotelly
United States District Judge

654989 v1
[8/22/2006 12:45]