IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHABAT KHAN, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br>  President of the United States, <br>  *et al.,* <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-1010 (RJL) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| MOHAMMED RAJEB ABU GHANEM, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, <br>  President of the United States, <br>  *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-1638 (CKK) <br> ) <br> ) <br> ) <br> ) |
| ABDUL HAMID ABDUL SALAM <br>  AL-GHIZZAWI, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-2378 (JDB) <br> ) <br> ) <br> ) |

# RESPONDENTS' RESPONSE TO MOTION OF
# THE ASSOCIATION OF THE BAR OF THE CITY OF NEW YORK
# FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PETITIONERS

Respondents take no position regarding the September 1, 2006 motion of the Association of the Bar of the City of New York in the above-captioned cases for leave to file an *amicus* brief in support of petitioners with regard to respondents' July 7, 2006 Motion for Procedures Related to Review of Certain Detainee Materials, except to note that respondents' motion has already been briefed and submitted to the Court for determination and, in *Khan v. Bush*, No. 05-CV-1010 (RJL), respondents' motion has already been decided. *See Khan*, Memorandum Opinion and Order of Aug. 28, 2006 (dkt. nos. 42, 43).

Dated: September 14, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

　/s/ Terry M. Henry
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
EDWARD H. WHITE
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents