**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** | ) | |
| also listed as MOHAMMED RAJEB | ) | |
| SADIQ ABU GHANIM; | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **Himiger Sader Abu Ghanem,** | ) | |
| as Next Friend of | ) | |
| Mohammed Rajeb Abu Ghanem; | ) | |
| | ) | |
| _Petitioners,_ | ) | |
| | ) | |
| _v._ | ) | **CIVIL ACTION NO. 05-CV-01638 (CKK)** |
| | ) | |
| **GEORGE W. BUSH**, _et al._, | ) | |
| | ) | |
| _Respondents._ | ) | |

_____)

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the Memorandum of Understanding Regarding Access to Classified National Security Information to be served by Certified Mail, Return Receipt Requested, this 6th day of December, 2006, on the following persons:

| | |
|---|---|
| **Kenneth L. Wainstein** | **Alberto R. Gonzales** |
| U.S. ATTORNEY | ATTORNEY GENERAL OF THE UNITED |
| District of Columbia District | STATES |
| Judiciary Center U.S. | Department of Justice |
| 555 4th Street, NW | Robert F. Kennedy Building |
| Washington, D.C. 20530 | Tenth Street & Constitution Ave., NW |
| | Room 5111 |
| | Washington, D.C. 20530 |
| | |
| **George W. Bush** | **Donald Rumsfeld** |
| PRESIDENT, United States of America | SECRETARY, U.S. DEP'T. OF DEFENSE |
| The White House | 1000 Defense Pentagon |
| 1600 Pennsylvania Avenue, NW | Washington, D.C. 20301-1000 |

Washington, D.C. 20301-1000

**Rear Admiral Harry B. Harris, Jr.**
COMMANDER, JOINT TASK FORCE-
JTF-GTMO
APO AE 09360

**Rear Admiral Harry B. Harris, Jr.**
GTMO UNITED STATES NAVY
Navy Pentagon
Washington, D.C. 20310-0200

**Army Col. Wade F. Davis**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Army Col. Wade F. Davis**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

    /s/ Elizabeth S. Arora