**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM; and **Himiger Sader Abu Ghanem**, as Next Friend of Mohammed Rajeb Abu Ghanem; *Petitioners,* v. **GEORGE W. BUSH**, *et al.,* *Respondents.* | **CIVIL ACTION NO. 05-CV-01638 (CKK)** |

**NOTICE OF ERRATA**

PLEASE TAKE NOTICE of errata in the Certificate of Service filed with the Memorandum of Understanding Regarding Access to Classified National Security Information for Elizabeth S. Arora that was filed on December 6, 2006. The Memorandum of Understanding Regarding Access to Classified National Security Information for Elizabeth S. Arora was served by filing on the ECF system on December 6, 2006 not by Certified Mail, Return Receipt Requested.

Dated: December 7, 2006

Respectfully submitted,

Counsel for Petitioner
    /s/ Elizabeth S. Arora
Elizabeth S. Arora
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, N.W.
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020