IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM; <br><br> *Petitioner,* <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents.* | CIVIL ACTION NO. 05-CV-01638 (CKK) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner has filed an **OPPOSITION TO RESPONDENTS' MOTION TO DISMISS**, submitted this day to the Court Security Officer for classification review. After review, the public document will be filed, pursuant to the Protective Order entered in this case.

Dated: June 14, 2007

Respectfully submitted,

*/s/ Kit A. Pierson*
Kit A. Pierson
Brent N. Rushforth
Sarah B. Pojanowski
Jenny L. Workman
Elizabeth Arora
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, D.C. 20036
Fax: (202) 912-2020

Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
CENTER FOR CONSTITUTIONAL RIGHTS
66 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499