IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM;<br><br>*Petitioner*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents.* | CIVIL ACTION NO. 05-CV-01638 (CKK) |

**CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION**

Sarah B. Pojanowski, Counsel for Petitioner Ghanem, hereby certifies, pursuant to L. Cv. R. 83.2(g), that she is representing Petitioner Ghanem without compensation.

Dated: June 26, 2007

　　　　　　　　　　　　　　　　　　/s/ Sarah B. Pojanowski
　　　　　　　　　　　　　　　　　　Sarah B. Pojanowski
　　　　　　　　　　　　　　　　　　**HELLER EHRMAN LLP**
　　　　　　　　　　　　　　　　　　1717 Rhode Island Avenue, NW
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Tel: (202) 912-2000
　　　　　　　　　　　　　　　　　　Fax: (202) 912-2020