UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED RAJEB ABU GHANEM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE W. BUSH, President of the United States, *et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-1638 (CKK) |

ORDER
(July 10, 2007)

On June 7, 2007, Petitioner filed a [43] Motion to Stay Habeas Action and Hold Habeas Action in Abeyance, which is opposed. On July 9, 2007, Petitioner filed a [51, 52] Motion for Preliminary Injunction/Temporary Restraining Order Requiring Respondents to Provide Counsel for Petitioner and the Court With Thirty Days' Advance Notice of Intended Removal of Petitioner from Guantanamo. With respect to Petitioner's Motions, the Court enters the following Order:

The Court issued an [7] Order on October 19, 2005, staying this case. Petitioner and Respondents having submitted themselves to the jurisdiction of this Court, and the Court having asserted *in personam* jurisdiction, *see Rasul v. Bush*, 542 U.S. 466 (2004), the stay issued by the Court on October 19, 2005, is amended to now include the Court's receipt of notice from Respondents 30 days in advance of any release, repatriation, or rendition that would remove

Petitioner from the Court's jurisdiction.[1] This requirement will remain in effect until further order of the Court.

Accordingly, it is this 10th day of July, 2007, hereby

ORDERED that Respondents shall provide the Court with 30 days notice in advance of any release, repatriation, or rendition of Petitioner; it is also

ORDERED that Petitioner's [51, 52] Motion for Preliminary Injunction/Temporary Restraining Order Requiring Respondents to Provide Counsel for Petitioner and the Court With Thirty Days' Advance Notice of Intended Removal of Petitioner from Guantanamo is unnecessary and DENIED; it is also

ORDERED that Petitioner's [43] Motion to Stay Habeas Action and Hold Habeas Action in Abeyance is DENIED AS MOOT, as this action is presently stayed.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] The Court acknowledges that the Supreme Court granted renewed petitions for certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007), which raises key jurisdictional issues with respect to this and other Guantanamo cases. However, in light of the D.C. Circuit's *per curiam* Order dated June 7, 2007 in *Al Ginco v. Bush*, 06-5191 (D.C. Cir. June 7, 2007), the instant Court is guided by the following language: "The district court may consider in the first instance . . . petitioners' motions to stay and hold in abeyance, which are currently pending before the district court . . . ." *Id*. Furthermore, the D.C. Circuit denied without prejudice "the government's motions to vacate the notice orders." *Id*.