IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MOHAMMED RAJEB ABU GHANEM, et al., ) ) ) ) Petitioners, ) ) v. ) ) GEORGE W. BUSH, ) President of the United States, et al., ) ) Respondents. ) | Civil Action No. 05-cv-1638 (CKK) |

### ORDER GRANTING RESPONDENTS' MOTION FOR RECONSIDERATION OF JULY 10, 2007, ORDER

Upon Respondents' Motion for Reconsideration of July 10, 2007, Order, it is hereby ORDERED that respondents' motion for reconsideration is GRANTED. The Court's Order of July 10, 2007, is hereby modified to vacate the requirement that respondents provide the Court with 30 days notice in advance of any release, repatriation, or rendition of the petitioner.

IT IS SO ORDERED.

Dated: _____

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE