IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM;<br><br>*Petitioner*,<br><br>v.<br><br>**GEORGE W. BUSH**, *et al.*,<br><br>*Respondents.* | CIVIL ACTION NO. 05-CV-01638 (CKK) |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that Petitioner has filed a NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH HIS OPPOSITION TO RESPONDENTS' MOTION FOR RECONSIDERATION OF JULY 10, 2007 ORDER, submitted this day to the Court Security Officer for classification review. After review, the public document will be filed, pursuant to the Protective Order entered in this case.

Dated: August 16, 2007.    Respectfully submitted,

Counsel for Petitioner:

 */s/ Kit A. Pierson*
Kit A. Pierson, DC Bar No. 398123
Brent N. Rushforth, DC Bar No. 331074
Sarah B. Pojanowski, DC Bar No. 502036
Jenny L. Workman, DC Bar No. 502584
Elizabeth S. Arora
HELLER EHRMAN LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

        Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
        CENTER FOR CONSTITUTIONAL RIGHTS
        66 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439
        Fax: (212) 614-6499