Cleared for Public Filing

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** also listed as MOHAMMED RAJEB SADIQ ABU GHANIM; <br><br> *Petitioner*, <br><br> v. <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  **CIVIL ACTION NO. 05-CV-01638 (CKK)** |

### PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH HIS OPPOSITION TO RESPONDENTS' MOTION FOR RECONSIDERATION OF JULY 10, 2007 ORDER

Now before this Court is Respondents' Motion for Reconsideration of the Court's July 10, 2007, Order, which required Respondents to provide the Court with 30-days' notice in advance of any release, repatriation, or rendition of Petitioner. Petitioner filed his Opposition to Respondent's Motion on July 27, 2007; Respondents filed their Reply on August 2, 2007.

Petitioner submits this Notice to advise the Court of several recent developments supporting the July 10, 2007 Order entered by the Court. First, the District of Columbia Circuit Court of Appeals recalled its mandates to the District Courts in *Boumediene v. Bush* and *Al Odah v. Bush* pending the Supreme Court's review of its decision. Order, *Boumediene v. Bush*, No. 05-5062 (D.C. Cir. July 26, 2007); Order, *Al Odah v. Bush*, No. 05-5064 (D.C. Cir. July 26, 2007). The D.C. Circuit previously issued its mandate on June 27, 2007, before the Supreme Court granted certiorari on June 29, 2007, to review the D.C. Circuit's decision. *See* 75 U.S.L.W. 3707 (June 29, 2007) (Nos. 06-1195 & 06-1196).

In addition, the United States District Court for the District of Columbia recently issued two rulings providing substantially the same relief as the Order Respondents challenge.  On July 28, 2007, Judge Kennedy, in two other Guantanamo detainees' cases, responded to arguments identical to those made in this case by requiring Respondents to provide 30 days' notice before removing prisoners from Guantanamo and staying the cases pending Supreme Court resolution of *Boumediene*.  *See* Order, *Hentif v. Bush*, No. 06-01766 (D.D.C. July 28, 2007); Order, *Saleh v. Bush*, No. 06-01765 (D.D.C. July 28, 2007).  Respondents thus ask this Court to reconsider relief substantively identical to the relief Judge Kennedy granted after equivalent briefing.  In his orders, Judge Kennedy noted the withdrawal of the *Boumediene* mandate described above.  *See Hentif* Order (July 28, 2007) at 2; *Saleh* Order (July 28, 2007) at 2.

Dated:  August 16, 2007.                     Respectfully submitted,

                                             Counsel for Petitioner:

                                              /s/ Kit Pierson

                                             Kit A. Pierson, DC Bar No. 398123
                                             Brent N. Rushforth, DC Bar No. 331074
                                             Sarah B. Pojanowski, DC Bar No. 502036
                                             Jenny L. Workman, DC Bar No. 502584
                                             Elizabeth S. Arora
                                             HELLER EHRMAN LLP
                                             1717 Rhode Island Avenue, NW
                                             Washington, DC 20036
                                             Tel: (202) 912-2000
                                             Fax: (202) 912-2020

                                             Gitanjali S. Gutierrez (Pursuant to LCvR 83.2(g))
                                             CENTER FOR CONSTITUTIONAL RIGHTS
                                             66 Broadway, 7th Floor
                                             New York, New York 10012
                                             Tel: (212) 614-6439
                                             Fax: (212) 614-6499

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **MOHAMMED RAJEB ABU GHANEM,** <br> also listed as MOHAMMED RAJEB <br> SADIQ ABU GHANIM; <br><br> *Petitioner*, <br><br> *v.* <br><br> **GEORGE W. BUSH**, *et al.*, <br><br> *Respondents.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-CV-01638 (CKK) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the **PETITIONER'S NOTICE OF SUPPLEMENTAL AUTHORITY IN CONNECTION WITH HIS OPPOSITION TO RESPONDENTS' MOTION FOR RECONSIDERATION OF JULY 10, 2007 ORDER** to be served by filing with the Court Security Officer, with notice of filing on the ECF system provided to:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

Dated:  August 16, 2007         */s/ Elizabeth Arora*
                                Elizabeth S. Arora

3