IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MOHAMMED RAJEB ABU GHANEM

    Petitioner,

v.

GEORGE W. BUSH, et al.,

    Respondents.

Civil Action No. 05-1638 (CKK)

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier Gen. Jay Hood, Commander, Joint Task Force-GTMO, and Army Col. Mike Bumgarner, Commander, Joint Detention Operations Group (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Order dated July 10, 2007 (dkt. no. 53) ordering that respondents shall provide the Court with 30 days notice in advance of any release, repatriation, or rendition of Petitioner.

//

//

//

Dated:  September 7, 2007					Respectfully submitted,

							PETER D. KEISLER
							Assistant Attorney General


							DOUGLAS N. LETTER
							Terrorism Litigation Counsel


							   /s/ James J. Schwartz
							JOSEPH H. HUNT (D.C. Bar No. 431134)
							VINCENT M. GARVEY (D.C. Bar No. 127191)
							JUDRY L. SUBAR (D.C. Bar No. 347518)
							TERRY M. HENRY
							JAMES J. SCHWARTZ (D.C. Bar No. 468625)
							ROBERT J. KATERBERG
							ANDREW I. WARDEN
							JAMES LUH
							NICHOLAS A. OLDHAM
							Attorneys
							United States Department of Justice
							Civil Division, Federal Programs Branch
							20 Massachusetts Ave., N.W.
							Washington, DC  20530
							Tel:  (202) 616-8267
							Fax:  (202) 616-8460

							Attorneys for Respondents