IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GUANTANAMO BAY DETAINEE LITIGATION<br><br>This Document Relates To:<br><br>**MOHAMMED RAJEB ABU GHANEM,**<br><br>      Petitioner/Plaintiff,<br> v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>      Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-1638 (CKK) |

**PETITIONER'S NOTICE OF JOINDER TO
"PETITIONER'S RESPONSE TO RESPONDENTS' MOTION
FOR RELIEF FROM SCHEDULING ORDER"**

Petitioner Mohammed Rajeb Abu Ghanem in the above-captioned case submits this notice of joinder in "Petitioners' Response to Respondents' Motion for Relief from Scheduling Order," which was filed on September 8, 2008 in Misc. No. 08-442 (TFH)(Docket #357).

Dated: September 9, 2008

Respectfully submitted,

Counsel for Petitioner:

 */s/ Brent N. Rushforth*
Brent N. Rushforth (DC 331074)
Kit A. Pierson (DC 398123)
Sarah B. Pojanowski (DC 502036)
**HELLER EHRMAN LLP**
1717 Rhode Island Avenue, NW
Washington, DC 20036
Tel: (202) 912-2000
Fax: (202) 912-2020

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE GUANTANAMO BAY DETAINEE LITIGATION**<br><br>This Document Relates To:<br><br>**MOHAMMED RAJEB ABU GHANEM,**<br><br>                   Petitioner/Plaintiff,<br>   v.<br><br>**GEORGE W. BUSH**, et al.,<br><br>               Respondents/Defendants. | Misc. No. 08-442 (TFH)<br><br>Civil Action No. 05-CV-1638 (CKK) |

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of September, 2008, I caused a true and correct copy of the attached Notice of Joinder to Petitioners' Response to Respondents' Motion for Relief from Scheduling Order to be served on the ECF system:

TERRY M. HENRY
ANDREW WARDEN
JUDRY SUBAR
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470
Counsel for Respondents

                                                              */s/ Brent N. Rushforth*